(Rev. 4/97)

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ORIGINAL

FILED
APR 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JERRY L. CORNISH
Plaintiff

v.

FIRST CORRECTIONAL MEDICAL
DR. Alie (DR. Ramen) DR. Boston, ET. AL.
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-235

I, JERRY L. CORNISH, declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant     ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration DOC / DELAWARE CORRECTIONAL CENTER
   SMYRNA, DELAWARE 19977
   Are you employed at the institution? yes  Do you receive any payment from the institution? yes
   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes   ☒ No
   b. Rent payments, interest or dividends              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
   d. Disability or workers compensation payments       ☐ Yes   ☒ No
   e. Gifts or inheritances                             ☐ Yes   ☒ No
   f. Any other sources                                 ☒ Yes   ☐ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   DCC Work assignment $30.-to-40.= monthly, (SAME $30.-40.= MO.)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

I declare under penalty of perjury that the above information is true and correct.

03-02-05
DATE

_Jerry L. Cornish_
SIGNATURE OF APPLICANT

---

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __.03__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __N/A__

I further certify that during the past six months the applicant's average monthly balance was $ __7.01__ and the average monthly deposits were $ __35.04__.

3/2/05
Date

_Stacy Shane_
SIGNATURE OF AUTHORIZED OFFICER

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Jerry Cornish_   SBI#: _299723_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _March 2, 2005_

---

Attached are copies of your inmate account statement for the months of _September, 2004_ to _February 28, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 2.36 |
| Oct | 6.02 |
| Nov | 3.96 |
| Dec | 8.67 |
| Jan | 4.95 |
| Feb | 16.83 |

Average daily balances/6 months: _7.01_

Attachments
CC: File

_Stacy Shane_
3/2/05

_[signature]_
3/2/05
notary public

Printed: 3/2/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at DCC from 9/1/2004 through 2/28/2005

Page 1 of 4

SBI: 00299723       NAME:   Cornish, Jerry

| Date | Balance |
|---|---|
| 09/01/2004 | $33.72 |
| 09/02/2004 | $33.72 |
| 09/03/2004 | $0.12 |
| 09/04/2004 | $0.12 |
| 09/05/2004 | $0.12 |
| 09/06/2004 | $0.12 |
| 09/07/2004 | $0.12 |
| 09/08/2004 | $0.12 |
| 09/09/2004 | $0.12 |
| 09/10/2004 | $0.12 |
| 09/11/2004 | $0.12 |
| 09/12/2004 | $0.12 |
| 09/13/2004 | $0.12 |
| 09/14/2004 | $0.12 |
| 09/15/2004 | $0.12 |
| 09/16/2004 | $0.12 |
| 09/17/2004 | $0.12 |
| 09/18/2004 | $0.12 |
| 09/19/2004 | $0.12 |
| 09/20/2004 | $0.12 |
| 09/21/2004 | $0.12 |
| 09/22/2004 | $0.12 |
| 09/23/2004 | $0.12 |
| 09/24/2004 | $0.12 |
| 09/25/2004 | $0.12 |
| 09/26/2004 | $0.12 |
| 09/27/2004 | $0.12 |
| 09/28/2004 | $0.12 |
| 09/29/2004 | $0.12 |
| 09/30/2004 | $0.12 |
| 10/01/2004 | $29.64 |
| 10/02/2004 | $29.64 |
| 10/03/2004 | $29.64 |
| 10/04/2004 | $29.64 |
| 10/05/2004 | $29.64 |
| 10/06/2004 | $29.64 |
| 10/07/2004 | $0.35 |
| 10/08/2004 | $0.35 |
| 10/09/2004 | $0.35 |
| 10/10/2004 | $0.35 |
| 10/11/2004 | $0.35 |
| 10/12/2004 | $0.35 |
| 10/13/2004 | $0.35 |
| 10/14/2004 | $0.35 |
| 10/15/2004 | $0.35 |
| 10/16/2004 | $0.35 |
| 10/17/2004 | $0.35 |
| 10/18/2004 | $0.35 |

Printed: 3/2/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at DCC from 9/1/2004 through 2/28/2005

Page 2 of 4

SBI: 00299723          NAME:    Cornish, Jerry

| Date | Balance |
|---|---|
| 10/19/2004 | $0.35 |
| 10/20/2004 | $0.35 |
| 10/21/2004 | $0.35 |
| 10/22/2004 | $0.35 |
| 10/23/2004 | $0.35 |
| 10/24/2004 | $0.35 |
| 10/25/2004 | $0.35 |
| 10/26/2004 | $0.35 |
| 10/27/2004 | $0.35 |
| 10/28/2004 | $0.35 |
| 10/29/2004 | $0.35 |
| 10/30/2004 | $0.35 |
| 10/31/2004 | $0.35 |
| 11/01/2004 | $36.17 |
| 11/02/2004 | $36.17 |
| 11/03/2004 | $36.17 |
| 11/04/2004 | $0.38 |
| 11/05/2004 | $0.38 |
| 11/06/2004 | $0.38 |
| 11/07/2004 | $0.38 |
| 11/08/2004 | $0.38 |
| 11/09/2004 | $0.38 |
| 11/10/2004 | $0.38 |
| 11/11/2004 | $0.38 |
| 11/12/2004 | $0.38 |
| 11/13/2004 | $0.38 |
| 11/14/2004 | $0.38 |
| 11/15/2004 | $0.38 |
| 11/16/2004 | $0.38 |
| 11/17/2004 | $0.38 |
| 11/18/2004 | $0.38 |
| 11/19/2004 | $0.38 |
| 11/20/2004 | $0.38 |
| 11/21/2004 | $0.38 |
| 11/22/2004 | $0.38 |
| 11/23/2004 | $0.38 |
| 11/24/2004 | $0.38 |
| 11/25/2004 | $0.38 |
| 11/26/2004 | $0.38 |
| 11/27/2004 | $0.38 |
| 11/28/2004 | $0.38 |
| 11/29/2004 | $0.38 |
| 11/30/2004 | $0.38 |
| 12/01/2004 | $30.98 |
| 12/02/2004 | $30.98 |
| 12/03/2004 | $30.98 |
| 12/04/2004 | $30.98 |
| 12/05/2004 | $30.98 |

Printed: 3/2/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at DCC from 9/1/2004 through 2/28/2005

Page 3 of 4

SBI: 00299723        NAME:   Cornish, Jerry

| Date | Balance |
|---|---|
| 12/06/2004 | $30.98 |
| 12/07/2004 | $30.98 |
| 12/08/2004 | $30.98 |
| 12/09/2004 | $2.96 |
| 12/10/2004 | $2.96 |
| 12/11/2004 | $2.96 |
| 12/12/2004 | $2.96 |
| 12/13/2004 | $2.96 |
| 12/14/2004 | $2.96 |
| 12/15/2004 | $2.96 |
| 12/16/2004 | $0.01 |
| 12/17/2004 | $0.01 |
| 12/18/2004 | $0.01 |
| 12/19/2004 | $0.01 |
| 12/20/2004 | $0.01 |
| 12/21/2004 | $0.01 |
| 12/22/2004 | $0.01 |
| 12/23/2004 | $0.01 |
| 12/24/2004 | $0.01 |
| 12/25/2004 | $0.01 |
| 12/26/2004 | $0.01 |
| 12/27/2004 | $0.01 |
| 12/28/2004 | $0.01 |
| 12/29/2004 | $0.01 |
| 12/30/2004 | $0.01 |
| 12/31/2004 | $0.01 |
| 01/01/2005 | $0.01 |
| 01/02/2005 | $0.01 |
| 01/03/2005 | $37.69 |
| 01/04/2005 | $37.69 |
| 01/05/2005 | $37.69 |
| 01/06/2005 | $5.35 |
| 01/07/2005 | $5.35 |
| 01/08/2005 | $5.35 |
| 01/09/2005 | $5.35 |
| 01/10/2005 | $5.35 |
| 01/11/2005 | $5.35 |
| 01/12/2005 | $5.35 |
| 01/13/2005 | $0.15 |
| 01/14/2005 | $0.15 |
| 01/15/2005 | $0.15 |
| 01/16/2005 | $0.15 |
| 01/17/2005 | $0.15 |
| 01/18/2005 | $0.15 |
| 01/19/2005 | $0.15 |
| 01/20/2005 | $0.15 |
| 01/21/2005 | $0.15 |
| 01/22/2005 | $0.15 |


Printed: 3/2/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at DCC from 9/1/2004 through 2/28/2005

Page 4 of 4

SBI: 00299723     NAME:   Cornish, Jerry

| Date | Balance |
|---|---|
| 01/23/2005 | $0.15 |
| 01/24/2005 | $0.15 |
| 01/25/2005 | $0.15 |
| 01/26/2005 | $0.15 |
| 01/27/2005 | $0.15 |
| 01/28/2005 | $0.15 |
| 01/29/2005 | $0.15 |
| 01/30/2005 | $0.15 |
| 01/31/2005 | $0.15 |
| 02/01/2005 | $43.11 |
| 02/02/2005 | $43.11 |
| 02/03/2005 | $40.12 |
| 02/04/2005 | $40.12 |
| 02/05/2005 | $40.12 |
| 02/06/2005 | $40.12 |
| 02/07/2005 | $40.12 |
| 02/08/2005 | $40.12 |
| 02/09/2005 | $40.12 |
| 02/10/2005 | $7.43 |
| 02/11/2005 | $7.43 |
| 02/12/2005 | $7.43 |
| 02/13/2005 | $7.43 |
| 02/14/2005 | $7.43 |
| 02/15/2005 | $7.43 |
| 02/16/2005 | $7.43 |
| 02/17/2005 | $7.43 |
| 02/18/2005 | $7.43 |
| 02/19/2005 | $7.43 |
| 02/20/2005 | $7.43 |
| 02/21/2005 | $7.43 |
| 02/22/2005 | $7.43 |
| 02/23/2005 | $7.43 |
| 02/24/2005 | $0.03 |
| 02/25/2005 | $0.03 |
| 02/26/2005 | $0.03 |
| 02/27/2005 | $0.03 |
| 02/28/2005 | $0.03 |

Summary for 'SBI' = 00299723 (181 detail records)     **Average Daily Balance:   $7.01**

# Individual Statement

## For Month of September 2004

Date Printed: 3/2/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.06 |
|---|---|---|---|---|---|---|
| 00299723 | Cornish | Jerry | | | | |

Current Location: C    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 9/1/2004 | $33.66 | $0.00 | $0.00 | $33.72 | 3696 | | | |
| Canteen | 9/3/2004 | ($33.60) | $0.00 | $0.00 | $0.12 | 5337 | | | |

Ending Mth Balance:    $0.12

# Individual Statement

## For Month of October 2004

Date Printed: 3/21/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.12 |
|---|---|---|---|---|---|---|
| 00299723 | Cornish | Jerry | | | | |

Current Location: C    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 10/1/2004 | $29.52 | $0.00 | $0.00 | $29.64 | 15448 | | | |
| Canteen | 10/7/2004 | ($29.29) | $0.00 | $0.00 | $0.35 | 18264 | | FOOD SERVICE 8/24- | |

Ending Mth Balance: $0.35

# Individual Statement

Date Printed: 3/2/2005     For Month of November 2004     Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beg Mth Balance: | $0.35 |
|---|---|---|---|---|---|---|---|
| 0029723 | Cornish | Jerry | | | | | |

Current Location: C     Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 11/1/2004 | $35.82 | $0.00 | $0.00 | $36.17 | 26803 | | | |
| Canteen | 11/4/2004 | ($35.79) | $0.00 | $0.00 | $0.38 | 28810 | | FOOD SERVICE 09/2 | |

Ending Mth Balance:    $0.38

# Individual Statement

## For Month of December 2004

Date Printed: 3/2/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.38 |
|---|---|---|---|---|---|---|
| 00299723 | Cornish | Jerry | | | | |

Current Location:  C    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 12/1/2004 | $30.60 | $0.00 | $0.00 | $30.98 | 38698 | | FS 10/24-11/23 | |
| Canteen | 12/9/2004 | ($28.02) | $0.00 | $0.00 | $2.96 | 42143 | | | |
| Canteen | 12/16/2004 | ($2.95) | $0.00 | $0.00 | $0.01 | 44825 | | | |

Ending Mth Balance: $0.01

# Individual Statement

## For Month of January 2005

Date Printed: 3/2/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.01 |
|---|---|---|---|---|---|---|
| 00299723 | Cornish | Jerry | | | | |

Current Location: C    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 1/3/2005 | $4.32 | $0.00 | $0.00 | $4.33 | 50947 | | FS 11/24-12/23 | |
| Misc Wage | 1/3/2005 | $33.36 | $0.00 | $0.00 | $37.69 | 50948 | | FS 11/24-12/23 | |
| Canteen | 1/6/2005 | ($32.34) | $0.00 | $0.00 | $5.35 | 53159 | | | |
| Canteen | 1/13/2005 | ($5.20) | $0.00 | $0.00 | $0.15 | 56361 | | | |

Ending Mth Balance: $0.15

# Individual Statement

Date Printed: 3/2/2005

## For Month of February 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.15 |
|---|---|---|---|---|---|---|
| 00299723 | Cornish | Jerry | | | | |

Current Location: C    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 2/1/2005 | $42.96 | $0.00 | $0.00 | $43.11 | 62513 | | | |
| Canteen | 2/3/2005 | ($2.99) | $0.00 | $0.00 | $40.12 | 64458 | | | |
| Canteen | 2/10/2005 | ($32.69) | $0.00 | $0.00 | $7.43 | 67537 | | | |
| Canteen | 2/24/2005 | ($7.40) | $0.00 | $0.00 | $0.03 | 72988 | | FS 12/24-1/23 | |

Ending Mth Balance: $0.03