(Rev. 4/97)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

05-235

Jerry Lee Cornish
(Enter above the full name of the plaintiff in this action)

V.

First Correctional (Medical)

Doctor; Sitta B. Alie; Doctor: Nat Ramen

Doctor: Marty Boston
(Enter above the full name of the defendant(s) in this action

FILED
APR 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  Previous lawsuits

   A.   Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       YES [ ]    NO [X]

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

       1.   Parties to this previous lawsuit

       Plaintiffs  N/A

       Defendants  N/A

    2.     Court (if federal court, name the district; if state court, name the county)

              N/A

    3.     Docket number N/A

    4.     Name of judge to whom case was assigned   N/A

    5.     Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

    6.     Approximate date of filing lawsuit   N/A

    7.     Approximate date of disposition   N/A

II.   A.   Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

    B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [x] No [ ]

    C.   If your answer is YES,

        1.   What steps did you take?   N/A

              N/A

        2.   What was the result?   N/A

              N/A

    D.   If your answer is NO, explain why not   N/A

              N/A

    E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

    F.   If your answer is YES,

        1.   What steps did you take?   N/A

        2.   What was the result?   N/A

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff  First Correctional Medical

Address  1181 Paddock Road Smyrna Delaware 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.  Defendant Doctor: Sitta B. Alie  is employed as Doctor and Director of Medical at (Delaware Correctional Center)

C.  Additional Defendants  Doctor: Nat Ramen (DCC Mental Health)

Doctor: Marty Boston (DCC Health Dept. Mental Health.

All defendats are employed at the Delaware Correctional

Center, 1181 Paddoack Road Smyrna Delaware 19977

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

In September of 2003 I was perscribed medication by Doctor:

Nat Ramen of the DCC Mental Health Dept, for "Hyper Active

Behavior"' I signed side effect forms pertaining to certain

side effects. Two weeks after taking this medication as

perscribed by Doctor: Ramen I started to have different kinds

Page 3 A Statement of Claim Con'd

of side effects then I was told I might have on the form that I signed.
I started to develope breasts like a women (testicles) became extremely
enlarged and sore. I first informed Doctor: Ramen of these additional
side effects that I was having. At that time he immediately terminated
my prescription to this particular medication. He informed me that he
was at a lost as to why I had these side effects and he didn't know what
to diagnosis me with. To my understanding I was being used as an
" Experiment-Inmate:,Which I never signed up for or would have part-
icipated in. I filed a grievance( see attached grievances. Whereas
I was refered to an outside doctor.
( Doctor_____
whom after examination said that I needed a minor surgery, which he
recommened to the medical department at DCC (Doctor Alie)
Unfortunately as of this date the medicial staff who Doctor Alie has 100%
authority over here at DCC has made no attempt to afford me the necessary
minor surgery recommended by Doctor _AlexAndeR_____ and which
would correct my problem.

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the court to order the surgery as recommened by ~~Doctor:~~

2. I want an apology from Doctor Alie

3. $50.000 for pain and suffering

4. And apology from D6C Medicial and Doctor Alie for using me as an Experimential-Object

Signed this 16th day of April, 2005

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

04-05-05
Date

_____
( Signature of Plaintiff)

JM [signature]
SBI# 256158 UNIT D-W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Harorable Clerk of Court
United States District Court
844 N. King Street - Lockbox 18
Wilmington, Delaware
19801-3570