**Inmate Copy**

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904



September 9, 2004

Inmate CORNISH JERRY L
SBI # 00299723
DCC  Delaware Correctional Center
SMYRNA DE, 19977

Dear JERRY CORNISH:

We have reviewed your Grievance Case # 2787 dated 04/13/2004.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/09/2004

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : CORNISH, JERRY L | **SBI#** : 00299723 | **Institution** : DCC |
| **Grievance #** : 2787 | **Grievance Date** : 04/13/2004 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 03/31/2004 | **Incident Time** : 14:30 |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg C, Tier A, Cell R4, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Mental health put me on medication that caused a bad reaction. Mental health (Dr. Ramen) took me off the medication asap and stated if my chect doesn't go down in a coupl of months I will need a minor procedure. I had a meeting with mental health doctors and dr. Ali so they could come to an agreement to send me to a surgeon to get this problem resolved. Si i meet with dr. Ali and 3/31/04 she tells me to get out of her office she gets tired of me. and go to dr. ramen and get him to put me in for the procedure and dr. Ramen tells me to go nback to her.

**Remedy Requested** : I would like to go and get this procedure done and over with. I would like an apology for all the threats, pain and suffering, cruelty and unusual punishment and lack of medical treatment and discrimination towards a inmate.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 04/20/2004 |
| **Investigation Sent** : 04/20/2004 | **Investigation Sent To** : Hastings, Terry L |
| **Grievance Amount** : | |

Chest Not chect

Delaware Correctional Center   Date: 09/09/2004
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : CORNISH, JERRY L | **SBI#** : 00299723 | **Institution** : DCC |
| **Grievance #** : 2787 | **Grievance Date** : 04/13/2004 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 03/31/2004 | **Incident Time :** 14:30 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg C, Tier A, Cell R4, Top | |

## INFORMAL RESOLUTION

**Investigator Name** : Hastings, Terry L                **Date of Report** 04/20/2004

**Investigation Report** : Spoke with Dr. Alie, she has reviewed his condition and does not feel a procedure is medically necessary.
Level II hearing at next scheduled date

**Reason for Referring:**

Offender's Signature: _____

Date            : _____

Witness (Officer)  : _____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/09/2004

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : CORNISH, JERRY L | SBI# : 00299723 | Institution : DCC |
| Grievance # : 2787 | Grievance Date : 04/13/2004 | Category : Individual |
| Status : Withdrawn | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 03/31/2004 | Incident Time : 14:30 |
| IGC : Merson, Lise M | Housing Location : Bldg C, Tier A, Cell R4, Top | |

### IGC

Medical Provider:                              Date Assigned

Comments:

☐ Forward to MGC            ☐ Warden Notified

☐ Forward to RGC            Date Forwarded to RGC/MGC :

☐ Offender Signature Captured    Date Offender Signed :

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/09/2004

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : CORNISH, JERRY L | SBI# : 00299723 | Institution : DCC |
| Grievance # : 2787 | Grievance Date : 04/13/2004 | Category : Individual |
| Status : Withdrawn | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 03/31/2004 | Incident Time : 14:30 |
| IGC : Merson, Lise M | Housing Location : Bldg C, Tier A, Cell R4, Top | |

### APPEAL REQUEST
yes

### REMEDY REQUEST
When I went to my level 2 hearing on 5/18/04 I feel although that the same thing happen in my level 1 hearing. I didn't have anyone there to support me and was not provided nothing for pain from medical was told to purchas from commissary.

DCC Delaware Correctional Center  Date: 09/09/2004
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Offender Name : CORNISH, JERRY L | | SBI# : 00299723 | | Institution : DCC | |
| Grievance # : 2787 | | Grievance Date : 04/13/2004 | | Category : Individual | |
| Status : Withdrawn | | Resolution Status : | | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | | Incident Date : 03/31/2004 | | Incident Time : 14:30 | |
| IGC : Merson, Lise M | | Housing Location : Bldg C, Tier A, Cell R4, Top | | | |

## REFERRED TO

Due Date : 06/10/2004    Referred to: Person    Name: English, Kathy

**Type of Information Requested :**
Offender states he has received two discenting FCM medical opinions. Please confirm facts and if necessary seek an independent assessment and treatment recommendation.

## DECISION

Date Received : 05/28/2004

Decision Date : 07/01/2004    Vote : Deny

Comments :
I recommend that FCM reexamine the Grievant, fully explain and document his treatment options.

Look.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Bureau Chief

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : CORNISH, JERRY L | SBI# : 00299723 | Institution : DCC |
| Grievance # : 2787 | Grievance Date : 04/13/2004 | Category : Individual |
| Status : Withdrawn | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 03/31/2004 | Incident Time : 14:30 |
| IGC : Merson, Lise M | Housing Location : Bldg C, Tier A, Cell R4, Top | |

### DECISION

Decision Date: 09/09/2004        Vote : Uphold

Comments :
I concur with the recommendation of the BGO.

DCC - Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/09/2004

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : CORNISH, JERRY L | SBI# : 00299723 | Institution : DCC |
| Grievance # : 2787 | Grievance Date : 04/13/2004 | Category : Individual |
| Status : Withdrawn | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 03/31/2004 | Incident Time : 14:30 |
| IGC : Merson, Lise M | Housing Location : Bldg C, Tier A, Cell R4, Top | |

### MGC

Date Received :     Date of Recommendation: 05/27/2004

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Hunter, Linda | Uphold |
| Staff | | Rivera, Edith | Uphold |
| Staff | | Merson, Lise M | Uphold |

### VOTE COUNT

| Uphold : 3 | Deny : 0 | Abstain : 0 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Seen by dr. Alie 4/1/04. Will monitor 6 mos-1yr. If no improvement in condition will order general surgery consult. has been off medicine since 9/03. Plan for Dr. Alie to see I/m in July. Inmate refused resolution wishes to appeal.

S.Zook votes to uphold recommendation