

RECEIVED
MAY 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RECEIVED
MAY 05 2005
Delaware Correctional Center

RTS × not
NAM & DOC'S it
NAM SBI MATCH

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S.M.S.
X-RAY

05-235

Jerry Lee Cornish
SBI #256158
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

**Utility Events**

1:05-cv-00235-UNA Cornish v. First Correctional et al

# U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 5/4/2005 at 3:34 PM EDT and filed on 5/4/2005
**Case Name:**     Cornish v. First Correctional et al
**Case Number:**   1:05-cv-235
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:05-cv-235 Notice will be electronically mailed to:**

**1:05-cv-235 Notice will be delivered by other means to:**

Jerry Lee Cornish
SBI #256158
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977