5-22-05

To: Clerk of United State District Court

Civ. No. 05-235-SLR

RE Court Information



1. There is a Authorization Sheet for monies to be Removed from my Account.

2. There is a Motion for Appointment of Counsel that I would like Filed.

3. There is a Request form for all Copys of Fillings and motion put Into this Court.

[signature]
SBI 00299?