IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JERRY LEE CORNISH,            )
                              )
    Plaintiff,                )
                              )
v.                            )   Civ. No.  05-235-SLR
                              )
FIRST CORRECTIONAL MEDICAL,   )
DOCTOR SITTA B. ALIE, DOCTOR  )
NAT RAMEN; and MARTY BOSTON,  )
                              )
    Defendant.                )

FILED
MAY 31 2005

## AUTHORIZATION

I, Jerry Lee Cornish, SBI # 299723, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $7.00 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated May 13, 2005. This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 5-22-05 , 2005.

_Jerry Lee Cornish_
Jerry Lee Cornish

I/M Jerry L. Cornish
SBI# 00299723   UNIT C-Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[LEGAL Mail]

TO: Office OF The CLERK
U.S. District Court
Lock Box 18   844 King Street
Wilmington, DE
19801

U.S.M.S. X-RAY