IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MOTION FOR Appointment of COUNSEL.

JERRY L. CORNISH,           |   CIV. NO. 05-235-SLR
        Plaintiff           |
    V.                      |
FIRST CORRECTIONAL MEDICAL, |
DOCTOR SITTA B. ALIE, DOCTOR|
NAT RAMEN; and MARTY BOSTON |
        Defendant.          |



FILED
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD

Plaintiff JERRY L. CORNISH, Pursuant to §1915 Requests this Honorable Court to Appoint Counsel to Represent him in this Case for the following Reasons:

1. I would like Discovery obtained through or by way of an ATTORNEY. Because I am a I'mate and the Adminastration do Not provide I'mates with Copys of there MEDICAl Records.

2. Plaintiff is unskilled in law work and has a 3rd Grade Education. And is ProSE through the Assistance of a Jail House paralegal.

3. Plaintiff wishes to have Photos of his Condition taken for evidence and will need an attorney to facilitate

The obtaining of such evidence. As the Adminastration Refuses to authorize same.

4. There will be a need to take deposition of the defendants and other witnesses in which plaintiff is unable and unskilled to do.

5. To be able to obtain an independent and second opion of Plaintiffs' illness by other physicians.

6. Due to the Serious Complexity of the Case and Condition.

7. Appointment of Counsel would in fact, serve all the above, and the best intrest of Justice in this Complex Case.

    WHEREFORE, appellant Prays this Honorable Court appoint Counsel to represent the appellant.

DATE: _____

Delaware Corr. Center
Smyrna, DE 19977
SBI 00299723





I/M Jerry L. Cornish
SBI# 00299723   UNIT C-Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[LEGAL Mail]

TO: Office Of The Clerk
U.S. District Court
Lock Box 18  844 King Street
Wilmington, DE
                  19801

U.S.M.S.
X-RAY