>Jerry L. Cornish
>D.C.C. #299723
>1181 Paddock Rd.
>Smyrna, DE. 19977

May 18, 2005

FILED

MAY 31 2005

Office Of The Clerk
U.S. District Court
Lock Box 18
844 King Street
Wilmington, DE. 19801

    Re: Cornish vs. First Correction, et al
        1:05-cv-235 (SLR)

Dear U.S.D. Clerk:

    This come to request a copy of all records and documents filed under the above captioned matter. I make this request because my cell was searched by staff and all said records has been misplaced.

    Your consideration in this matter will be most appreciated. Thank you.

>Very Truly Yours,
>
>Jerry L. Cornish
>1181 Paddock Rd.
>Smyrna, DE 19977

CC: Filed.

I/M Jerry L. Cornish
SBI# 00299723   UNIT C-Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[LEGAL Mail]

TO: Office OF The CLERK
U.S. District Court
Lock Box 18  844 King Street
Wilmington, DE
                19801

U.S.M.S.
X-RAY