6-03-05

JERRY L. CORNISH
KEY NORTH Building
S.B.I 299723
P.O Box 9561 Wilmington
DEL 19809

OFFice of The Clerk
U.S. District CouRT
Lock Box 18
844 King Street
Wilmington, DEL
    19801


FILED
JUN 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: CoRNish V.S. First Correctional, et al
    1:05-CV-235 [SLR]

DEAR U.S.D Clerk

I Jerry Cornish is No longer at DCC. I have Transfer up to Gander Hill key NoRth program. Any legAl mail will have to come to this Address. P.O Box 9561 Wilmington DEL 19809.

Thank You
Jerry Cornish



Jerry L. Cornish
Key North Building
Gander Hill
P.O Box 9561
Wilmington, DEL 19809

[LEGAL MAIL]

Office of The Clerk
U.S. District Court
Lock Box 18
844 King Street
Wilmington, DEL 19801