IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


JERRY L. CORNISH                    CIV. NO. 05-235-SLR
         PLAINTIFF
    V.
FIRST CORRECTIONAL MEDICAL
DOCTOR SITTA B. ALIE, DR. NAT RAMEN
  AND MARTY BOSTON. DEFENDANT


FILED
JUL - 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR APPOINTMENT OF COUNSEL.

PLAINTIFF JERRY L. CORNISH, PURSUANT to §1915 REQUEST THIS HONORABLE COURT TO APPOINT COUNSEL TO REPRESENT HIM IN THIS CASE FOR THE Following REASONS:

1. PLAINTIFF is unskilled in the "LAW Feild" and has a 3rd grade Education. And was guided by a Jail House Paralegal.

2. I would need Discovery obtained through or by way of an Attorney. Because I am a I'mate and the Administration do not provide I'mates with Copys of there medical Records.

3. PLAINTIFF wishes to have Photos of his Conditions tak[en] as Evidence and will need an Attorney to facilit[ate] In obtaining of such evidence. As the Administrati[on] Refuse to do the Same.

4. There will be a need to take depositions of the defendamts and other witnesses. In which plaintiff is unable and unskilled to do.

5. To be able to obtain an Independant and Second openion of plaintiff Illness by other physicians.

6. Due to the Serious Complexity of this Case and Condition.

7. Appointment of Counsel would in fact, Serve all the above, and the best intrest of Justice in this Complex Case.

Wherefore in Light of all They above and to Insure they upholding of the plaintiff's Fifth & Fourthteenth Amendment Right to equal protection & Due process of the Law, plaintiff Respectfully Request Court to Appoint Counsel For plaintiff

DATE: 6-27-05

## CERTIFICATE OF SERVICE

I, JERRY L. CORNISH, hereby swear under penalty of perjury that I have rendered service of a true and correct cop(ies) of the attached:

MOTION FOR Appointment OF Counsel
(Title or Type of Motion or Request)

upon the following person(s) and/or agency(ies):

First Correctional Medical
1181 paddock Rd.
Smyrna, Del
19977

Marty Boston
1181 Paddock Rd.
Smyrna, Del
19977

Dr. Sitta B. Alie
1181 paddock Rd.
Smyrna, Del
19977

Clerk of the Court
Lock Box 18 844 King
Street U.S. Court House
Wilmington, DE 19801

Dr. Nat Ramen
1181 paddock Rd.
Smyrna, Del
19977

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the Delaware Department of Corrections/Pre-paid, and depositing same in the United States Mail at the Multipurpose Criminal Justice Facility, 1301 East 12th Street, Wilmington, Delaware.

On this 27 day of June, 2005.

_____
(Your signature)







U.S DISTRICT COURT
CLERK OF THE COURT
Lock Box 18 844 king
STREET, wilmington, DE
19801

LEGAL MAIL ONLY

JERRY L. CORNISH
S.B.I. 00299723
Howard R. Young C/I
P.o Box 9561
Wilmington, DEL 19809