IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE CORNISH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-235-SLR |
| | ) |
| FIRST CORRECTIONAL, DR. SITTA | ) |
| B. ALIE, DR. NAT RAMEN, and | ) |
| DR. MARTY BOSTON, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 28th day of November, 2005,

IT IS ORDERED that, on or before **December 28, 2005**, plaintiff shall show cause why the above captioned case should not be dismissed for failure to provide sufficient information to effectuate timely service of process on defendants pursuant to Federal Rule of Civil Procedure 4(m), or otherwise prosecute the matter. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANTS FROM THIS ACTION.

                                                                      _____
                                                                       United States District Judge