IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JERRY LEE CORNISH,            )
                              )
          Plaintiff,          )
                              )
     v.                       )   Civ. No. 05-235-SLR
                              )
FIRST CORRECTIONAL, DR.       )
SITTA B. ALIE, DR. NAT        )
RAMEN, and DR. MARTY          )
BOSTON,                       )
                              )
          Defendants.         )

**O R D E R**

At Wilmington this ___2d___ day of May, 2006, the complaint in

the above-captioned case having been filed on April 22, 2005, and

the plaintiff having failed to show cause why this case should

not be dismissed for failure to serve process or otherwise

prosecute the matter as ordered by the court (D.I. 19);

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE

for failure to serve process within 120 days of filing the

complaint as required by Fed. R. Civ. P. 4(m) and for failure to

prosecute.

                              _____
                              UNITED STATES DISTRICT JUDGE