05-235
(SLR)



To: Judge Sue Robinson

From: Jerry L. Cornish   Civ. No. 05-235-SLR

Date: 11-13-06

RE: Instruction on Filing Complaint over again.

Judge Sue Robinson.

I Jerry L Cornish had a 1983 In the US District Court. The Suit was Denied without preJudice. I have all the proper Information that I need Now So what steps should Take Now?

Thank you

Jerry Cornish

