IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE CORNISH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-235-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 5, 2006, the court entered an order dismissing case for failure to serve process as required by Fed. R. Civ. P. 4(m) (D.I. 20);

WHEREAS, on November 27, 2006, plaintiff filed a letter/motion requesting that the case be reopened as he now has the information he needs to effect service (D.I. 21);

THEREFORE, at Wilmington this 8th day of December, 2006, IT IS HEREBY ORDERED that:

1. The letter/motion to reopen the case (D.I. 21) is GRANTED.

2. The clerk of the court is directed to reopen the case.

3. Within thirty days from the date of this order, plaintiff shall submit complete USM-285 forms for each defendant and the appropriate number of copies of the complaint so that the

defendants can be served by the U.S. Marshal Service.

                                                */s/ Sue L. Robinson*
                                        United States District Judge