TO: CLERK OF Court

From: Jerry Cornish

12-19-06

05-235 (SLR)

Clerk of Court

I Jerry Cornish send Complaints of my Civil suit and a certified Copie to go Along with my 285 Forms I sent LAST week

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO scanned

Thank You
Jerry Cornish