(Rev. 4/97)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JERRY LEE CORNISH
(Enter above the full name of the plaintiff in this action)

05-235

V.

FIRST CORRECTIONAL MEDICAL,
DR. SITTA B. ALIE, DR. NAT RAMEN,
And MARTY BOSTON.
(Enter above the full name of the defendant(s) in this action



FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD Scanned

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal courts dealing with the
        same facts involved in this action or otherwise relating to your imprisonment?
        YES [✓]     NO [ ]

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there
        is more than one lawsuit, describe the additional lawsuits on another piece of
        paper, using the same outline).

        1.   Parties to this previous lawsuit

        Plaintiffs  JERRY L. CORNISH

        Defendants  FIRST CORRECTIONAL MEDICAL, DR.
        SITTA B. ALIE, DR. NAT RAMEN And DR. MARTY
        BOSTON.

2. Court (if federal court, name the district; if state court, name the county)

In The United States District Court, New Castle County

3. Docket number   Civ. No. 05-235-SLR   Document #19

4. Name of judge to whom case was assigned   Judge Sue L. Robinson

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
The Case was dismissed without presudice

6. Approximate date of filing lawsuit ~~March, 2005~~ April 22nd 2005

7. Approximate date of disposition   June 2nd 2006

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

1. What steps did you take?   I went to IGC & had a Level 2 Hearing

2. What was the result?   The Institution did not follow up with there full Agreement

D. If your answer is NO, explain why not   The Institution did not take me to the 2nd DR. to get the proper test Ran.

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [X] No [ ]

F. If your answer is YES,

1. What steps did you take?   I wrote to the warden and put in alot of sick calls

2. What was the result?   The warden and medical keep Ignoreing my Complaints

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff JERRY LEE CORNISH

Address P.O. Box 9561 Wilmington, DEL 19809

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant FIRST CORRECTIONAL MEDICAL ET G AL is employed as MEDICAL Providers at DELAWARE CORRECTIONAL Center

C. Additional Defendants DR. SITTA B. ALIE, DR. NAT RAMEN, and Marty Boston.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

IN October 2003 DR. NAT Ramen had came to the SHU which is located at D.C.C prison

ONCE I was Alone with DR. SITTA B. ALIE She told me that She was not going to help me with anything. ONCE I Asked Her why she started useing Profanity at me and I Left her office because I was scared. After a period of times putting In Sick calls slips and was Not Seen. I put a MEDICAL grievance in to Investigation office TERRY L. HASTings and then I was seen by the IGC LISA M. MERSON T. HASTing L. Hunter S. Zook AT A Level II grievence hearing. My grievence Recommendation was up held to go out to a general surgeon Consult. I went to the general surgeon & he Recommend that I go to A Testistarone DR. Before he does the Procedure But I WAS DENied by DR. SITTA B ALIE. It has been over 3yrs and I am still Stuck with this problem. Due to these facts that I am treated Differently from other In Society this is Consider Deliberate Indifference Also I suffer from mental Anguish of Dealing with this matter In A Level 5 mens prison

vs.

III. DEFENDANTS [in order listed on the caption]

(4) Name of fourth defendant: Dr. Marty Better

5104

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like to precede with a lawsuit & be Represented by Council because Lack of Law.

Signed this 19 day of December, 2006

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

12-19-06                         Jimmy Cornish
Date                             (Signature of Plaintiff)

-4-

## CERTIFICATE OF SERVICE

I, JERRY L Cornish, hereby swear under penalty of perjury that I have rendered service of a true and correct copies of the attached:

## CIVIL COMPLAINTS

Upon the following person(s) and/or agency[ies]:

FIRST Correctional Medical
6861 N. Oracle Road
Tucson, AZ 85704

CLERK OF The Court
Lock Box 18   844 King
Street   U.S. Court house
Wilmington, DE 19801

DR. SITTA B. ALIE
6861 N. Oracle Road
Tucson, AZ 85704

DR. NAT RAMAN
6861 N. Oracle Road
Tucson, AZ 85704

DR. MARTY BOSTON
6861 N. Oracle Road
Tucson, AZ 85704

On this 19th day of December 2006

*[signature]*



JERRY L. GRIFFITH
P.O. BOX 150
Wilmington, DEL
19809

UNITED STATE DISTRICT COURT
CIERK OF THE COURT
LOCK BOX 18  844 KING STREET
WILMINGTON, DEL
19801