must be printed or typed, use additional sheets if needed.

vs.

(4) DR. MARTY BOSTON

III. DEFENDANTS [In order listed on the Caption]

(4) Name of fourth defendant: DR. MARTY BOSTON

Employed As: MENTAL Health Supervisor at D.C.C. Prison.

Mailing Address with Zip Code: 6461 N. ORACLE ROAD Tucson, AZ 85704