# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | JERRY L. CORNISH |
| COURT CASE NUMBER | 05-235-SLR |
| DEFENDANT | DR. SITTA B. ALIE |
| TYPE OF PROCESS | CIVIL |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: FIRST CORRECTION MEDICAL

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 6861 N. ORACLE RD. TUCSON, AZ 85704-4722

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jerry Cornish
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DEL 19809

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 4
- Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

FIRST CORRECTIONAL MEDICAL is MEDICAL providers
There phone # is 520-498-1360

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
DATE: 12-13-06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. Signature of Authorized USMS Deputy or Clerk: bF    Date: 12-20-06

☐ I hereby certify and return that I have personally served, have legal evidence of service, have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 12/20/06

REMARKS: Ret. Unexecuted. FCM will not accept on behalf of individuals