# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

| | |
|---|---|
| PLAINTIFF: Jerry L. Cornish | COURT CASE NUMBER: 05-235-SLR |
| DEFENDANT: Dr. Nat Raman | TYPE OF PROCESS: Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: First Correctional Medical

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 6861 N. Oracle Rd Tucson, AZ 85704-4222

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jerry Cornish
Howard R. Young Correctional
Institution P.O. Box 9561
Wilmington, DEL 19809

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 4
- Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

First Correctional Medical is Medical providers
There phone # is 520-498-1360

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
DATE: 12-13-06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 12/20/06

**REMARKS:** FCM will not accept on behalf of individuals, only for the company.

Ret. Unexecuted

1. CLERK OF THE COURT

FORM USM-285 (Rev.)
PRIOR EDITIONS MAY BE USED