IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE CORNISH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-235-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Plaintiff Jerry Lee Cornish, a prisoner incarcerated at the Howard R. Young Correctional Center, filed his original complaint pursuant to 42 U.S.C. § 1983, on April 22, 2005 (D.I. 2);

WHEREAS, the case was closed on June 5, 2006, and reopened on December 11, 2006 (D.I. 0, 22);

WHEREAS, on December 19, 2006, USM-285 forms and copies of the complaint were forwarded to the United States Marshal for service;

WHEREAS, on December 27, 2006, plaintiff filed an amended complaint against defendants (D.I. 24);

WHEREAS, the defendants were not served at the time of the filing of the amended complaint and defendants have not filed a responsive pleading,

WHEREAS, ["a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served", Fed. R. Civ. P. 15(a);

WHEREAS, USM-285 forms were returned unexecuted for defendants Marty Boston, Sitta B. Alie, and Nat Ramen;

THEREFORE, at Wilmington this 11th day of January, 2007, IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Within thirty days from the date of this order, plaintiff shall submit complete USM-285 forms for each defendant and the appropriate number of copies of the amended complaint so that defendants can be served by the U.S. Marshal Service. Plaintiff is advised that the U.S. Marshal Service was unable to serve Marty Boston, Sitta B. Alie, and Nat Ramen at the addresses contained in the prior USM-285 forms. Plaintiff shall provide the correct addresses so that service may take place.

3. This order shall supplement the court's service order (D.I. 13) dated August 9, 2005. Upon receipt of the appropriate documents the United States Marshal shall forthwith serve a copy of the amended complaint (D.I. 24), the August 9, 2005 order (D.I. 3), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon defendant(s) identified in plaintiff's 285 forms.

4. Plaintiff is placed on notice that **failure to provide the "U.S. Marshal 285" forms for each defendant within 30 days of this order may result in the complaint being dismissed or**

defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).

                                                                                                             */s/*
                                                                         UNITED STATES DISTRICT JUDGE