IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE CORNISH,                )<br>                                   )<br>          Plaintiff,              )<br>                                   )<br>     v.                            ) Civ. No. 05-235-SLR<br>                                   )<br>FIRST CORRECTIONAL MEDICAL,        )<br>et al.,                            )<br>                                   )<br>          Defendants.              ) | |

**ORDER**

WHEREAS, on January 12, 2007, the court entered an order for plaintiff to submit complete USM-285 forms for defendants Marty Boston, Sitta B. Alie, and Nat Ramen so that service could be effected (D.I. 29);

WHEREAS, the January 12, 2007 order further provided that failure to provide the USM-285 forms within thirty (30) days from the date of the order may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 29);

WHEREAS, to date, the court has not received the required USM-285 forms for defendants Marty Boston, Sitta B. Alie, and Nat Ramen;

THEREFORE, at Wilmington this 21st day of February, 2007, 2006, IT IS HEREBY ORDERED that the claims against defendants Marty Boston, Sitta B. Alie, and Nat Ramen are DISMISSED WITHOUT

PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

                                          /s/ Sue L. Robinson
                                          UNITED STATES DISTRICT JUDGE