IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE CORNISH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-235-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 21st day of June, 2007, there having been no activity in the above-captioned case with respect to defendant First Correctional Medical since service was effectuated and the time to file an answer or otherwise respond to the complaint has past pursuant to Fed. R. Civ. P. 12(a);

IT IS ORDERED that, on or before **July 23, 2007,** plaintiff shall file a request with the court for default in appearance for said defendant in accordance with Fed. R. Civ. P. 55(a) or show cause why said defendant should not be dismissed from the above-captioned action for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THIS ACTION.

United States District Judge